443 A.2d 366

Evans, Appellant v. Davis, et al.

Rehearing En Banc Denied April 13, 1982.

Argued April 15, 1981. John R. Friedlander, for appellant; Ernest P. Dehaas, for appellees.

Before CAVANAUGH, JOHNSON and SHERTZ, JJ.

Affirmed.

SHERTZ, J., filed a memorandum dissenting opinion.